Dismissed and Opinion filed June 13, 2002









Dismissed and Opinion filed June 13, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00436-CR

____________

 

DWANNA LACHELL DAVIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 232nd District Court

Harris County, Texas

Trial
Court Cause No. 698,312

 



 

M E M O R A N D U M  O
P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct
the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Opinion filed June 13, 2002.

Panel consists of
Chief Justice Brister and Justices Anderson and Frost.

Do not publish ‑
Tex. R. App. P. 47.3(b).